# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Malvika Sharma, *et al.*, <br><br>    Plaintiffs, <br><br> vs. <br><br> United States Department of Homeland Security, <br><br>    Defendant. | Case No. 2:23-cv-01227-JHC <br><br> **ORDER** |

Before the Court is Plaintiffs' "Consent Motion for Extension of Time." Dkt. # 21. The motion is unopposed. *Id.* The Court GRANTS the motion. Plaintiffs shall have through and including March 22, 2024, to respond to the motion to dismiss (Dkt. # 18) in this action. The Court DIRECTS the Clerk to re-note the motion to dismiss (Dkt. # 18) for March 29, 2024.

DATED this 17th day of January, 2024.

_____
John H. Chun
United States District Judge