**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| Malvika Sharma, *et al.*, <br><br>　　　　　Plaintiffs, <br><br> vs. <br><br> United States Department of Homeland Security, <br><br>　　　　　Defendant. | Case No. 2:23-cv-01227-JHC <br><br> **ORDER** |

　　　Before the Court is Plaintiffs' consent motion for an extension of time to respond to the motion to dismiss in this action (Dkt. # 23).  For good cause shown, and considering the entire record herein, the Court GRANTS the motion.  Plaintiffs shall have through and including April 22, 2024, to respond to the motion to dismiss (Dkt. # 18) in this action.  The Court DIRECTS the Clerk to re-note the motion to dismiss (Dkt. # 18) for April 26, 2024.

　　　DATED this 19th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_John H. Chun_
　　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge