# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Malvika Sharma, *et al.*, | Case No. 2:23-cv-01227-JHC |
| Plaintiffs, | |
| vs. | **ORDER** |
| United States Department of Homeland Security, | |
| Defendant. | |

UPON CONSIDERATION of Plaintiffs' unopposed motion for an extension of time to respond to the motion to dismiss in this action (Dkt. # 25), and for good cause shown and the entire record herein, it is hereby

ORDERED that Plaintiffs' unopposed motion is GRANTED; and it is further

ORDERED that Plaintiffs shall have through and including May 6, 2024, to respond to the motion to dismiss in this action.

April 22, 2024

_____

Dated

_John H. Chun_

_____

United States District Judge John H. Chun